# TRIF & MODUGNO
## — ATTORNEYS AT LAW —

Alyssa Puccio
apuccio@tm-firm.com

February 15, 2023

**VIA CERTIFIED MAIL**
United States District Court
P.O. Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
**FILED**

FEB 2 3 2023

Nathan Ochsner, Clerk of Court

Re:  XL Specialty Insurance Company v. Bighorn Construction & Reclamation, LLC, et al.
Case No.  21-3068-BAH

Dear Sir/Madam,

We represent XL Specialty Insurance Company ("XL") located at 70 Seaview Avenue, Stamford, CT 06902, in the above-referenced case. Enclosed, please find our Proof of Mailing as required under 35.004(b)(2).

Respectfully Submitted,

*Alyssa Puccio*

Alyssa Puccio

**NEW JERSEY**
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
973-547-3611
Facsimile: 973-554-1220

**NEW YORK**
11 Broadway
Suite 615
New York, New York 10004
917-477-2999
Facsimile: 973-554-1220

**PENNSYLVANIA**
1700 Market Street
Suite 1005
Philadelphia, Pennsylvania 19103
267-869-0050
Facsimile: 267-869-0051

www.tm-firm.com



